# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 30, 2025

## NO. 03-23-00233-CV

**Camino Real Developers, LLC; Jack Dyer; and Dan Addante, Appellants**

**v.**

**Tim Adkins and RivenRock, LLC, Appellees**

**APPEAL FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
OPINION BY JUSTICE KELLY
DISSENTING OPINION BY JUSTICE THEOFANIS**

This is an appeal from the final judgment signed by the trial court on January 30, 2023. Having reviewed the record and the parties' arguments, the Court affirms the portions of the trial court's judgment that declare "that RivenRock LLC owns a 50% membership interest in Camino Real Developers, LLC"; deny Adkins and RivenRock's claims on which the judgment did not award relief; and deny Addante and Dyer's counterclaims and Camino Real's counterclaims. The Court further reverses the trial court's judgment in all other respects and renders judgment that Adkins and RivenRock take nothing on their contract and declaratory claims. Each party shall bear their own fees and costs both in this Court and in the court below.